■ HARUHIKO WATANABE et al., as Coadministrators of the Estate of SAYURI WATANABE, Deceased, Respondents, v THURBER STREET ASSOCIATES CORP. et al., Defendants, and SUTTON REAL ESTATE CO., INC., Appellant. [671 NYS2d 384] —Order unanimously affirmed without costs. Memorandum: Viewing the evidence submitted by plaintiffs in the light most favorable to them, we conclude that it arguably raises a triable issue of fact. The motion of defendant Sutton Real Estate Co., Inc., for summary judgment therefore was properly denied (*see, Ferrante v County of Nassau,* 226 AD2d 1135; *Smith v Key Bank,* 206 AD2d 848, 849; *Hourigan v McGarry,* 106 AD2d 845, 845-846). (Appeal from Order of Supreme Court, Onondaga County, Hayes, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wisner, Balio and Boehm, JJ.

■ RALPH D. WHITE, Respondent, v PURCHASING SUPPORT, INC., Doing Business as PURCHASING SUPPORT SERVICES, et al., Appellants. [671 NYS2d 384] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Howe, J.). We add only that there is no merit to defendants' contention that the oral agreement entitling plaintiff to commissions earned during his employment is barred by the Statute of Frauds (*see, Dickenson v Dickenson Agency,* 127 AD2d 983, 984; *see also, Cron v Hargro Fabrics,* 91 NY2d 362). (Appeal from Order of Supreme Court, Erie County, Howe, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wisner, Balio and Boehm, JJ.